AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| AMY GONZALEZ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4-15-CV-00197-O |
| HALSTED FINANCIAL SERVICES, L.L.C. | ) |
| *Defendant* | ) |

**FILED**

JAN 12 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __12/17/2015__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __1/4/16__

CLERK OF COURT

*H. Henderson*

*Signature of Clerk or Deputy Clerk*

1:16-cv-427
Judge John J. Tharp, Jr
Magistrate Judge Geraldine Soat Brown

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMY GONZALEZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:15-cv-00197-O |
| HALSTED FINANCIAL SERVICES, LLC, | § § § § | |
| Defendant. | § § | |

## AMENDED FINAL JUDGMENT

The Court has entered its order granting Plaintiff's Motion for Default Judgment. This amended order corrects a misspelling of Defendant's name in the Court's previous Final Judgment Order. See ECF Nos. 13. It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff have and recover judgment from Defendant in the amount of $6,500.00 in statutory damages, in addition to costs. All relief not specifically granted herein is hereby DENIED.

SO ORDERED on this 17th day of December, 2015.

Reed O'Connor
UNITED STATES DISTRICT JUDGE